JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NHUNG TRAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**STANLEY ASSOCIATES, INC. and JHM RESEARCH & DEVELOPMENT, INC.,** and DOES 1 through 20, inclusive,<br><br>Defendants. | SACV09-369 JVS (MANx)<br><br>**ORDER TO DISMISS CLAIMS WITH PREJUDICE**<br><br>**[Filed Concurrently with Joint Stipulation of Dismissal with Prejudice]**<br><br>Complaint Filed: November 19, 2008 |

### [Proposed] ORDER

UPON REVIEW OF THE FOREGOING MATTERS, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

The instant action is hereby dismissed with prejudice as to Defendant STANLEY ASSOCIATES, INC. only, with each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED

DATED: May 04, 2010

_____
Judge of the District Court

1

**[PROPOSED] ORDER TO DISMISS CLAIMS WITH PREJUDICE**

12288057v.1