1
2
3
4
5
6
7

JS-6

8            UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

10

NHUNG TRAN, an individual,          )   CIVIL NO. 8:09 –CV-00369
                                    )   JVS(MAN)
                        Plaintiff,  )
         vs.                        )   Judge:  Honorable James V. Selna
                                    )   Courtroom:  10C
STANLEY ASSOCIATES, INC., JHM       )
RESEARCH & DEVOPMENT, INC.,         )   **ORDER DISMISSING
J.H.M. – R & D, INC. identified as  )   DEFENDANT JHM RESEARCH
DOES 1; and DOES 2 through 20,      )   DEVELOPMENT, INC. AND
inclusive,                          )   J.H.M. – R. & D INC.**
                                    )
                       Defendants.  )

            Pursuant to Federal Rules of Civil Procedure 41(a)(1) and the fully executed

Stipulation Re Plaintiff Nhung Tran Dismissal, Defendant J.H.M. Research &

Development, Inc. and J.H.M. –R & D, Inc. are hereby dismissed from this action

with prejudice.  In addition, the action entitled *Nhung Tran v. Stanley Associates,*

*Inc., J.H.M. Research & Development, Inc. and J.H.M. – R & D, Inc*., United

States District Court case number 8:09 –CV-00369 JVS(MAN), is hereby

/ / /

/ / /

/ / /

/ / /

1

1   dismissed with prejudice, with each party to bear their own costs and attorneys

2   fees.

3

4   IT IS SO ORDERED.

5

6   Dated:  May 17, 2010
    _____
    JUDGE OF UNITED STATES DISTRICT COURT

7

8   STEPHEN E. RONK  (SBN:  164333)
    ANTHONY J. BELLONE (SBN: 119450)
9   MICHELLE L. STEINHARDT (SBN:235149)
    GORDON & REES LLP
10  633 West Fifth Street, Suite 4900
    Los Angeles, CA  90071
11  Telephone:  (213) 576-5000
    Facsimile:  (213) 680-4470
12  sronk@gordonrees.com
    abellone@gordonrees.com
13  msteinhardt@gordonres.com

14  Attorneys for Defendants
    **J.H.M. RESEARCH & DEVELOPMENT, INC. and**
15  **J.H.M. – R & D, INC.**

16  Heidi D. Hutchinson, Esq.
    SESSIONS & KIMBALL LLP
17  23456 Madero Street, Suite 170
    Mission Viejo, CA  92691
18  Tel: (949) 380-0900
    Fax: (949) 380-8283
19  *Attorneys for Plaintiff NHUNG TRAN*

20

21

22

23

24

25

26

27

28

CG/1060027/7872518v.1

2

**[PROPOSED] ORDER RE DISMISSAL**